# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JASON CAIN | Criminal Action<br><br>No. 24-cr-293 |

## ORDER

**AND NOW**, this 13th day of August, 2025, upon consideration of Defendant Jason Cain's Motion to Suppress (ECF No. 24), the Government's Response (ECF No. 26), the Parties' May 19, 2025 oral argument, all related documents (ECF Nos. 27, 35, 38, 43, 44), and as set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion (ECF No. 24) is **GRANTED** and that the evidence gathered from each of the four search warrants relating to this case is **SUPPRESSED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**